1 GARY FINK, ESQ.
Nevada Bar No. 8064
2 REZA ATHARI, MILLS, & FINK, PLLC
A Multi-Jurisdictional Law Office
3 3365 Pepper Lane, Suite #102
Las Vegas, Nevada 89120
4 Tel.: (702) 727-7777; FAX: (702) 458-8508
ATTORNEY FOR THE PLAINTIFF

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOSE RICARDO POSADA LARIN and JESUS DANIEL POSADA, | |
| Plaintiffs, | Case No.: 2:26-cv-00149-APG-DJA |
| vs. | |
| KRISTI NOEM, in her official capacity as Secretary of Homeland Security, U.S. DEPARTMENT OF HOMELAND SECURITY, Joseph B. Edlow, in his official capacity as Acting Director of U.S. Citizenship and Immigration Services, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, the UNITED STATES OF AMERICA and JOHN DOES 1 through XX, inclusive, | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, the Plaintiffs, JOSE RICARDO POSADA LARIN and JESUS DANIEL POSADA by and through undersigned counsel, and hereby file this Notice of Voluntary Dismissal under Federal Rule 41(a)(1)(A)(i) (Notice of Dismissal) Since the date of the filing of the Complaint in this case, the Defendants have formally adjudicated the Plaintiff's I-130 application and approved

the Plaintiff's Petition for Alien Relative, Form I-130.

Therefore, this case is now moot.

The Plaintiff dismissal of this case is with prejudice and Plaintiff will bear his own fees and costs.

DATED this 30th day of January, 2026

Respectfully Submitted:

/s/ Gary Fink, Esq.
_____
Gary Fink, ESQ.
NEVADA BAR NO. 8064
**REZA ATHARI, MILLS, & FINK, PLLC**
**A Multijurisdictional Firm**
3365 Pepper Lane, Suite #102
Las Vegas, Nevada  89120
Tel.: (702) 727-7777; FAX: (702) 458-8503
ATTORNEY FOR PLAINTIFF

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated:  January 30, 2026

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic case filing system on January 30th, 2026.

/s/ Gary Fink, Esq.
_____

GARY FINK, ESQ.
NEVADA BAR NO. 8064
**REZA ATHARI, MILLS, & FINK, PLLC**
**A Multijurisdictional Firm**
3365 Pepper Lane, Suite #102
Las Vegas, Nevada 89120
Tel.: (702) 727-7777; FAX: (702) 458-8508
ATTORNEY FOR PLAINTIFFS